IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:18-cv-1795 |
| ) | |
| v. ) | |
| ) | |
| LOUIS M. GHERLONE, JR., a/k/a LOUIS M. ) | |
| GHERLONE, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## COMPLAINT

The United States of America, pursuant to 26 U.S.C. § 7401, with the authorization of a delegate of the Secretary of the Treasury and at the direction of a delegate of the Attorney General, brings this civil action to reduce to judgment certain unpaid federal tax liabilities of Defendant Louis M. Gherlone, Jr., also known as Louis M. Gherlone.  In support of this action, the United States alleges, as follows:

### Jurisdiction, Venue, and Parties

1. Jurisdiction over this action is conferred upon this Court under 28 U.S.C. §§ 1331, 1340, and 1345, and 26 U.S.C. § 7402.

2. Defendant Louis M. Gherlone, Jr., also known as Louis M. Gherlone, resides in Orange, Connecticut, which is within the jurisdiction of this Court.

### Count to Reduce to Judgment Louis M. Gherlone, Jr's, Unpaid Tax Liabilities

3. On the dates, in the amounts, and for the quarterly tax periods set forth below, a delegate of the Secretary of the Treasury made assessments against Louis M. Gherlone, pursuant to the provisions of 26 U.S.C. § 6672, by reason of his willful failure to collect, truthfully

account for, and pay over to the United States of America the trust fund portion of federal income and Federal Insurance Contributions Act ("FICA") taxes withheld from the wages of the employees of Spring Street Recycling, Inc., for the underlying corporate tax period, which have balances due after accounting for all payments and credits and with accruals and costs as of October 29. 2018, as follows:

| Quarterly Tax Period | Assessment Date | Unpaid Assessed Balance | Accrued Interest | Unpaid Balance as of 10/29/2018 |
|---|---|---|---|---|
| June 30, 2008 | 03/05/2012 | $4,901.63 | $1,317.19 | $6,218.82 |
| September 30, 2008 | 03/05/2012 | $9,174.24 | $2,384.90 | $11,559.14 |
| December 31, 2008 | 03/05/2012 | $8,232.13 | $2,140.01 | $10,365.04 |
| March 31, 2009 | 03/05/2012 | $4,160.06 | $1,081.45 | $5,241.51 |
| June 30, 2009 | 03/05/2012 | $16,394.53 | $4,358.33 | $20,752.86 |
| September 30, 2009 | 03/05/2012 | $15,641.46 | $4,066.12 | $19,707.58 |
| December 31, 2009 | 03/05/2012 | $33,157.08 | $8,619.47 | $41,776.55 |
| March 31, 2010 | 03/05/2012 | $27,927.96 | $7,260.11 | $35,188.07 |
| June 30, 2010 | 07/07/2014 | $24,424.96 | $4,265.43 | $28,690.39 |

4. On the dates, in the amounts, and for the quarterly tax periods set forth below, a delegate of the Secretary of the Treasury made assessments against Louis M. Gherlone, pursuant to the provisions of 26 U.S.C. § 6672, by reason of his willful failure to collect, truthfully account for, and pay over to the United States of America the trust fund portion of federal income and FICA taxes withheld from the wages of the employees of Louis Gherlone Excavating, Inc., for the underlying corporate tax period, which have balances due after accounting for all payments and credits and with accruals and costs as of October 29. 2018, as follows:

| Quarterly Tax Period | Assessment Date | Unpaid Assessed Balance | Accrued Interest | Unpaid Balance as of 10/2/2018 |
|---|---|---|---|---|
| June 30, 2009 | 03/15/2010 | $0.00 | $7,758.62 | $7,758.62 |
| March 31, 2010 | 08/15/2011 | $30,052.66 | $8,635.92 | $38,688.58 |
| June 30, 2010 | 08/15/2011 | $88,311.19 | $24.970.24 | $113,281.43 |

| | | | | |
|---|---|---|---|---|
| September 30, 2010 | 08/15/2011 | $11,651.68 | $3,294.54 | $14,946.22 |
| December 31, 2010 | 08/15/2011 | $11,968.16 | $3,384.04 | $15,352.20 |

5. On or about the dates described in paragraphs 3 and 4, above, a delegate of the Secretary of the Treasury properly gave notice of those assessments to Louis M. Gherlone, Jr., and made a demand for payment of the balance due upon him.

6. Despite such notice and demand, Louis M. Gherlone, Jr., has failed, neglected, or refused to pay the liabilities set forth above in full and, after taking into account all abatements, payments, credits, and accruals, Louis M. Gherlone, Jr., remains liable to the United States for the unpaid balance due in the amount of $369,534.09, plus interest and other statutory additions from and after October 29, 2018.

WHEREFORE, the plaintiff United States of America prays that:

A. The Court enter judgment in favor of plaintiff United States of America and against Defendant Louis M. Gherlone, Jr., for trust fund recovery penalties for the tax periods ending March 31, 2008; June 30, 2008; September 30, 2008; December 30, 2008; March 31, 2009; June 30, 2009; September 30, 2009; December 31, 2009; March 31, 2010; June 30, 2010; September 30, 2010; and December 31, 2010, in the total amount of $369,534.09 plus statutory additions accruing from and after October 24, 2018, including interest pursuant to 26 U.S.C. §§ 6601, 6621, and 6622, and 28 U.S.C. § 1961(c); and

B.	The Court award the United States of America such further relief, including the costs of this action, that the Court deems just and proper.

Respectfully submitted,

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General
U.S. Department of Justice, Tax Division

*/s/ Bradley A. Sarnell*
BRADLEY A. SARNELL
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Washington, D.C.  20044
202-307-1038 (v)
202-514-5238 (f)
Bradley.A.Sarnell@usdoj.gov

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
United States of America

### DEFENDANTS
Louis M. Gherlone, Jr., a/k/a Louis M. Gherlone

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: New Haven
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Bradley A. Sarnell, U.S. Department of Justice
PO Box 55, Washington, DC 20044
(202) 307-1038

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [X] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice / ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / **Habeas Corpus:** | | [X] 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations / ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education / ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | ☐ 550 Civil Rights | | | |
| | ☐ 555 Prison Condition | | | |
| | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
26 USC 7401

Brief description of cause:
Reduce unpaid tax liabilities to judgment

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ 369,534.09

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes [X] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____
DOCKET NUMBER _____

DATE: 10/31/2018

SIGNATURE OF ATTORNEY OF RECORD: /s/Bradley A. Sarnell

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Connecticut

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:18-cv-1795 |
| Louis M. Gherlone, Jr. a/k/a Louis M. Gherlone | ) |
| *Defendant* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Louis M. Gherlone, Jr.
532 New England Lane
Orange, CT 06477

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Bradley A. Sarnell
U.S. Department of Justice, Tax Division
PO Box 55
Washington, DC 20044
(202) 307-1038

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:18-cv-1795

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: